UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINA DINA VASQUEZ,<br><br>             Plaintiff,<br><br>       v.<br><br>TRI-HART L.L.C., JOSH TRIFUNOVIC, and GNM L.P., d/b/a GNM Ltd., GNM L.L.C., and GNM II, Ltd.,<br><br>             Defendants. | No. CV 10-5951 PA (PLAx)<br><br>PRELIMINARY INJUNCTION |

Pursuant to the Court's December 27, 2010, Minute Order granting in part the Motion for Preliminary Injunction filed by plaintiff Reina Dina Vasquez,

It is now ORDERED that defendants Tri-Hart L.L.C., Josh Trifunovic, GNM L.P., d/b/a GNM Ltd. and GNM L.L.C., and their officers, agents, servants, employees, and those persons in active concert or participation with them who receive actual notice of this Order, are preliminarily enjoined to continue providing Plaintiff with her designated, accessible parking space or an alternative, on-site, designated and accessible parking space.

//

//

//

1     Plaintiff is not required to post any injunction bond in connection with this Order.

2     IT IS SO ORDERED.

3  DATED: December 27, 2010

4
                                                    _____
5                                                            Percy Anderson
                                                    UNITED STATES DISTRICT JUDGE

-2-